**Morris E. SHELKOFSKY, Jr., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 05–5143.

United States Court of Appeals, Federal Circuit.

Feb. 5, 2007.

Morris E. Shelkofsky, Jr., pro se.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).